# MARY ANN VIAL LEMMON

JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

PH: 504-589-7565

July 15, 2009

Judge Bobby R. Baldock
Chair, Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Baldock:

　　Please find enclosed an original and three copies of my Amended 2008 Financial Disclosure Report. Thank you for your consideration.

Sincerely,



rf



Lemmon_Mary_A

*Amended*

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| AO 10 Rev. 1/2008 | | |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Lemmon, Mary A. | 2. Court or Organization Eastern District of LA | 3. Date of Report 7/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. District Courthouse 500 Poydras Street, C-406 New Orleans, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S |
| 2. General Partner | ▆ Partnership |
| 3. General Partner | ▆▆ Minerals Partnership |
| 4. General Partner | ▆ Land Partnership |
| 5. Board Member Emeritus | Reconcile New Orleans |
| 6. Board of Directors | Federal Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 21 A 10: 05 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | La. State Employees Retirement System | $63,729.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | La. State Employees Retirement System |
| 2. 2008 | Self Employed (Legal Consultant) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | A | Interest | J | T | Transferred (to line 66) | 02/08 | | C | |
| 2. First Nat'l Bank of St. Charles-IRA Cash Equivalent Account | | None | J | T | Transferred (to line 67) | 02/09 | | D | |
| 3. First American Bank-IRA Cash Equivalent Account | | None | J | T | Transferred (to line 67) | 07/03 | | E | |
| 4. First American Bank-IRA Cash Equivalent Account | A | Interest | J | T | Transferred (to line 66) | 07/03 | | E | |
| 5. Capital One Stock | A | Dividend | L | T | Partial Sale | 11/16 | K | | |
| 6. Capital One Checking | A | Interest | K | T | | | | | |
| 7. Capital One Checking | | None | J | T | | | | | |
| 8. Oil Royalty - St. Charles Parish | E | Royalty | L | W | | | | | |
| 9. Ameriprise | B | Dividend | L | T | | | | | |
| 10. Ariel Common | A | Dividend | J | T | | | | | |
| 11. John Hancock Funds: Large Cap Equity A | | None | J | T | | | | | |
| 12. ████ Partnership | A | Rent | J | W | | | | | |
| 13. Laura Plantation | A | Dividend | J | W | | | | | |
| 14. U.S. Savings Bonds, Series, HH, transferred July 1994 | A | Interest | K | T | | | | | |
| 15. 3.31% interest in Cutrone Carline Properties | D | Dividend | L | W | | | | | |
| 16. ████ Trust, Boutte Louisiana | | None | K | W | | | | | |
| 17. ████ Partnership | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▇▇▇▇ Minerals Partnership | E | Rent | J | W | | | | | |
| 19. Merrill Lynch Stocks: AT&T | A | Dividend | J | T | | | | | |
| 20. Alcoa | A | Dividend | J | T | | | | | |
| 21. J.P. Morgan Chase | B | Dividend | K | T | | | | | |
| 22. Vail Resorts | | None | J | T | | | | | |
| 23. BP Amoco PLC | B | Dividend | K | T | | | | | |
| 24. Rental Property Orleans Parish | E | Rent | N | W | | | | | |
| 25. St. Charles Land Trust | B | Dividend | J | W | | | | | |
| 26. U.S. Savings Bonds, Series, HH | C | Interest | L | T | | | | | |
| 27. Whitney Bank Checking | | None | K | T | | | | | |
| 28. Merrill Lynch Stocks: Com Cast | A | Interest | J | T | | | | | |
| 29. Merrill Lynch Bonds: VERMILION PARISH LA G/O | B | Interest | K | T | | | | | |
| 30. LAFAYETTE LA PUBLIC IMPT SALES TAX SER A | B | Interest | K | T | | | | | |
| 31. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | L | T | | | | | |
| 32. LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | K | T | | | | | |
| 33. Southlake Tere CTFS Obligation | A | Interest | K | T | | | | | |
| 34. Timberlane Tere Util Distr Glo | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 6 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Virginie St. Res. Auth. | C | Interest | L | T | | | | | |
| 36.  Walle Ter Indpt. Sch. Dist. Glo | A | Interest | K | T | | | | | |
| 37.  Series HH/H Bonds | A | Interest | L | T | | | | | |
| 38.  Merrill Lynch Money Account | A | Interest | L | T | | | | | |
| 39.  Merrill Lynch IRA-Cash Equivalent Account (X) | B | Interest | K | | | | | | |
| 40.  Merrill Lynch IRA-Cash Equivalent Account(X) | | None | K | | | | | | |
| 41.  Merrill Lynch Bonds: LOUISIANA ST SER A FSA AMBAC (X) | A | Interest | K | | | | | | |
| 42.  ML & CO STR ACC (X) | | None | K | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Lemmon, Mary A. | | 7/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: Name of Organization/Entity, continued . . .
# 1 Corporation owned entirely by ▆▆▆▆. The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes.

Part I: Name of Organization/Entity, continued . . .
#2 ▆▆▆ Partnership

Part I: Name of Organization/Entity, continued
#3 ▆▆▆ Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership: A ▆▆▆ Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the ▆▆▆ Partnership in 1994.

Part VII: page 4, line 5 Hibernia Stock converted to Capital One.

Part VII: page 4, line 10 APX Mutual now Ameriprise.

Part VII: page 4, line 56 listed "Vermilion Parish La." entry was deleted because it was a duplicate of Part VII, page 3, line 46.

Part VII: page 5 line 26 Bank One Corp now J.P. Morgan Chase.

Part VII: page 5 lines 6 & 7 Hibernia Bank checking now Capital One checking.

Part VII: page 6 line 20 Legg Mason Tax Exempt Trust: Money Market now Smith Barney Municipal Money Market.

Part VII: page line 24 Legg Mason stocks now Smith Barney.

Part VII: page 5 line 24 Smith Barney Stocks now Merrill Lynch. Page 6 Lines 45 & 46 Legg Mason Stocks & Bonds now Merrill Lynch.

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 7/15/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544